**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 03-6747**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TREVOR LITTLE, a/k/a Tragedy, a/k/a Trag,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  Charles H. Haden II,
District Judge.  (CR-95-198)

───────────

Submitted:  July 10, 2003          Decided:  July 17, 2003

───────────

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Trevor Little, Appellant Pro Se.  Kasey Warner, United States
Attorney, Charleston, West Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Trevor Little appeals the district court's order accepting the recommendation of the magistrate judge and denying his motions for correction or reduction of sentence pursuant to Fed. R. Crim. P. 35. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Little, No. CR-95-198 (S.D.W. Va. Apr. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED